IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LAMONT HOWARD, | : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 1:09-CV-120 (WLS) |
| ELAINE HUTTO, *et al.*, | : : | |
| Defendants. | : : | |
| _____ | : | |

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Claude W. Hicks, Jr., filed February 2, 2010. (Doc. 16). It is recommended that the following Defendants be dismissed from the above-captioned action: Dr. Ayaz Chaudhary, Dr. Young, Dr. Nichols, Terrie Mullis, Todd Tripp, Deborah King, and Shevondah Fields. (*Id.* at 4-5). The Report and Recommendation expressly stated that "[p]ursuant to 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom the case is assigned, **WITHIN FOURTEEN (14) DAYS** after being served a copy of this order." (*Id.*) (emphasis in original). This fourteen-day period expired on February 16, 2010. No objection had been filed by that date, and the Court notes that no objection has been filed since then. (*See generally* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 16) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the following parties are **DISMISSED** as Defendants in the above-captioned action: Dr. Ayaz

1

Chaudhary, Dr. Young, Dr. Nichols, Terrie Mullis, Todd Tripp, Deborah King, and Shevondah Fields.

    **SO ORDERED**, this 15th day of April, 2010.

                                             /s/ W. Louis Sands
                                             **THE HONORABLE W. LOUIS SANDS,**
                                             **UNITED STATES DISTRICT COURT**