IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LAMONT HOWARD, | : | |
| Plaintiff, | : | |
| VS. | : | **1:09-CV-120 (WLS)** |
| ELAINE HUTTO, et al., | : | |
| Defendants. | : | |

### ORDER AND RECOMMENDATION

Plaintiff, who is proceeding *pro se,* brought the above-styled action pursuant to 42 U.S.C. § 1983 on July 31, 2009 (Doc. 1). The Complaint makes wide-ranging allegations about Plaintiff's receipt of improper medical care for his Hepatitis C condition. Presently pending in this action are Plaintiff's Motion for Leave to Amend his Complaint, and Defendants' Motion to Dismiss (Docs. 26, 32).

*Motion to Amend (Doc. 26)*

Plaintiff filed a Motion to Amend his Complaint on March 15, 2010. Plaintiff does not provide any detail regarding any proposed amendment (Doc. 26). Plaintiff filed a recast Complaint on December 15, 2009, and the Defendants filed their Motion to Dismiss on May 13, 2010 (Doc. 32).

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure,

> (1) *Amending as a Matter of Course*
> A party may amend its pleading once as a matter of course within:
> (A) 21 days after serving it, or
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule12(b), (e), or (f), whichever is earlier.

Plaintiff's Motion to Amend is timely under Rule 15(a)(1). While the Motion to Amend was filed more than twenty-one (21) days after the Complaint and waivers of service were mailed to the Defendants, Plaintiff filed his Motion to Amend prior to the filing of Defendants' Rule 12(b) Motion to Dismiss. Thus, Plaintiff's Motion to Amend was timely filed under Rule 15(a)(1)(B). It is clear error for the Court to reject a motion to amend when the Plaintiff has the right to file an amended complaint as a matter of course. *See Williams v. Board of Regents of University System of Georgia*, 477 F.3d 1282, 1292 n. 6 (11th Cir. 2007); *M.W. ex rel Wang v. Clarke County School Dist.*, 2007 WL 2765572 (M.D. Ga., Sept. 20, 2007).

Accordingly, Plaintiff's Motion to Amend his Complaint is **GRANTED** as Plaintiff had the right to amend as a matter of course. Plaintiff is hereby **ORDERED** to file an Amended Complaint with the Court within THIRTY (30) DAYS of the date of this Order. Defendants shall have THIRTY (30) DAYS from the date Plaintiff files his Amended Complaint in which to respond.

***Motion to Dismiss (Doc. 32)***

Plaintiff's Motion to Amend was granted, which provides Plaintiff with thirty days to file an Amended Complaint against the Defendants. Since Defendants' pending Motion to Dismiss addresses only Plaintiff's original Complaint, it is the recommendation of the undersigned that Defendants' Motion to Dismiss be **DENIED** at this time as moot. *See M.W. ex rel Wang*, 2007 WL 2765572 (after granting plaintiff's motion to amend, the court held that defendants' motion to dismiss must be denied as moot because it was based on the plaintiff's original complaint). If the district judge adopts this Report and Recommendation, the Defendants may simply refile or renew their existing Motion to Dismiss if it is sufficient to address any Amended Complaint filed by the Plaintiff.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to the recommendation contained herein with the Honorable W. Louis Sands, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this recommendation.

**SO ORDERED and RECOMMENDED**, this 15th day of February, 2011.

s/ ***THOMAS Q. LANGSTAFF***

UNITED STATES MAGISTRATE JUDGE

llf