# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

LAMONT HOWARD, :
:
    Plaintiff, :
:
v. : CASE NO: 1:09-cv-120 (WLS)
:
GEORGIA DEPARTMENT OF :
CORRECTIONS, *et al.*, :
:
    Defendants. :
_____ :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed February 15, 2011. (Doc. 40). It is recommended that Defendants' Motion to Dismiss (Doc. 32) Plaintiff's 42 U.S.C. § 1983 case (Doc. 1) be denied as moot in view of Judge Langstaff's grant of Plaintiff's Motion to Amend (Doc. 26) his complaint. (Doc. 40 at 2-3).

The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.* at 3). The period for filing objections expired on Friday, March 4, 2011; no objections have been filed to date. (*See* Docket).

In view of the absence of any objections from the record of this case and the Court's consideration of the record as a whole, United States Magistrate Judge Langstaff's February 15, 2011 Report and Recommendation (Doc. 40) is **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly,

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

Defendants' Motions to Dismiss (Doc. 32) is **DENIED AS MOOT**. Defendants may re-file or renew their Motion to Dismiss if it is sufficient to address any amended complaint filed by Plaintiff.

**SO ORDERED**, this  8th  day of March 2011.

/s/ W. Louis Sands<br>
**THE HONORABLE W. LOUIS SANDS,**<br>
**UNITED STATES DISTRICT COURT**